1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 14CR0853-JLS |
| Plaintiff, | ) ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | ) ) | |
| STAN GURROLA (1), MOISES Y COVARRUBIAS (3), MANUEL REYES ORNELAS (5), MOISES COVARRUBIAS ANGULO (8), | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and recall the arrest warrants as to defendants Stan Gurrola (1), Moises Y Covarrubias (3), Manuel Reyes-Ornelas (5), and Moises Covarrubias Angulo (8).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERD that the arrest warrants be recalled.

IT IS SO ORDERED.

Dated:  December 6, 2021

Hon. Janis L. Sammartino
United States District Judge